IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL ISETON, | ) |
| Plaintiff, | ) Case No. |
| vs | ) |
| EVONIK GOLDSCHMIDT CORPORATION and EVONIK CORPORATION, | ) |
| Defendant. | ) |

## AFFIDAVIT OF VIRGINIA PETTINELLI

I, Virginia Pettinelli, being first duly sworn on oath, depose and state:

1.  I am Senior Corporate Counsel and Chief Litigation Office for Evonik Corporation.

2.  In carrying out my duties, I have become familiar with the organizational structure and corporate status of Evonik Corporation.

3.  In 2013, Evonik Goldschmidt Corporation merged into Evonik Corporation. The merger was completed as of January 1, 2014. Following the merger, Evonik Goldschmidt was no longer a separate corporate entity.

4.  Evonik Corporation is an Alabama Corporation with its principal place of business in New Jersey.

FURTHER AFFIANT SAYETH NOT.

_____
Virginia Pettinelli

Dated: February 21, 2022

[confidential]